```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>JARED SUNG YOON HERDT, )<br>)<br>Defendant. )<br>_____) | CR. NO. S-11-165-WBS |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>JARED SUNG YOON HERDT, )<br>)<br>Defendant. )<br>_____) | CR. NO. S-11-220-MCE<br><br>MOTION AND STIPULATION<br>TO RELATE CASES AND<br>~~PROPOSED~~ ORDER |

Under Local Rule 83-123(3) & (4), the United States hereby notifies the Court of the filing of a related case and further moves that the case be related.

On April 14, 2011, an Indictment was filed initiating case number CR. S-11-165-WBS against defendant Herdt. This matter was assigned to the Hon. William B. Shubb. The Indictment charges Herdt with 3 counts of unarmed bank robbery (18 U.S.C. 2113(a)). On May 19, 2011, an Information was filed initiating case no. CR. S-11-220-MCE against Herdt. This Information charges Herdt with 3 additional counts of bank robbery (2 in the Northern District of

Motion to Relate                                                              1

California and 1 in the District of Oregon).  The investigation in the two cases (11-165-WBS and 11-220-MCE) reveals that HERDT's criminal activity is linked as similar conduct on different occasions/sprees.

The United States submits that Cr. 11-220-MCE should be related before Judge Shubb with the EARLIER charged case against Herdt, Cr. 11-165-WBS.  In each case, there are related evidence issues, sentencing issues, and similar witness concerns.  Herdt's defense counsel, Assistant Federal Defender Jeffrey Staniels, stipulates that the matters are properly related.  In addition, relating Cr. 11-220-MCE with the EARLIER case (Cr. 11-165-WBS) would be efficient for the U.S. Probation Office.

Dated:     5/24/2011                    BENJAMIN B. WAGNER
                                        United States Attorney
                                          /s/ Michelle Rodriguez
                                  By:   _____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

                           *     *     *

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-11-220-MCE, and the EARLIER criminal action in CR. NO. S-11-165-WBS reveals that the actions are related within the meaning of Local Rule 83-123.  The actions involve the same defendant, similar crimes, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

Motion to Relate                                                    2

1    The parties should be aware that relating the cases under
2 Local Rule 83-123 merely has the result that the actions are
3 assigned to the same judge.  No consolidation of the actions is
4 effected.  Under the regular practice of this court, related cases
5 are assigned to the judge to whom the first filed action was
6 assigned.

7    IT IS THEREFORE ORDERED that the action denominated CR. NO. S-
8 11-220-MCE is reassigned to Judge Shubb, for all further
9 proceedings.  Henceforth, the caption on documents filed in the
10 reassigned case shall show the initials "WBS" instead of the other
11 jurist's initials.

12    IT IS FURTHER ORDERED that the clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.

16 DATED:   May 25, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

22 ///