BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-11-220-WBS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION TO SET STATUS |
| JARED SUNG YOON HERDT, | ) | HEARING AND ~~PROPOSED~~ ORDER |
| | ) | |
| Defendant. | ) | DATE: 6/27/2011 |
| _____ | ) | TIME: 8:30 AM |

It is hereby stipulated between the United States, via AUSA MICHELLE RODRIGUEZ, and defendant JARED SUNG YOON HERDT, via his attorney AFD JEFFREY STANIELS, that (in the case denominated as Cr. 11-220-WBS) the Court set a status hearing date of 6/27/2011.

The parties agree the 6/27/2011 hearing is necessary at least to apprise the Court of the matter's status and for purposes of arraignment, waiver of indictment, and waiver of venue.  In anticipation of the 6/27/2011 hearing, the parties are working to resolve this matter and its related case Cr. 11-165-WBS.  The parties agree that time under the speedy trial act may be excluded for these purposes up to 6/27/2011.

Stipulation / Order                                                         1

WHEREFORE IT IS STIPULATED that the period from the date of the parties' signing of this stipulation, and up to and including the 6/27/2011 status hearing shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: 5/27/2011             Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                    United States Attorney
                                        /s/  *Michelle Rodriguez*
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

Dated: 5/27/2011             DANIEL J. BRODERICK
                                    Federal Defender
                                      /s/*Jeffrey Staniels*
                                    _____
                                    JEFFREY S. STANIELS
                                    Assistant Federal Defender

1 **ORDER**

2   IT IS HEREBY ORDERED, upon good cause shown and the
3 stipulation of all parties, that a status conference be set for
4 6/27/2011 at 8:30 a.m.  Based on the representation of counsel for
5 each party and good cause appearing therefrom, the Court finds the
6 delay to 6/27/2011 is reasonable for adequate preparation for
7 pretrial proceedings and necessary to provide defense counsel
8 reasonable time for effective preparation, taking into account the
9 exercise of due diligence.  The Court also finds the ends of
10 justice to be served by setting the status hearing on 6/27/2011.
11 ACCORDINGLY IT IS FURTHER ORDERED that time from the date of the
12 parties' signing of this stipulation, up to and including, the
13 6/27/2011 status conference shall be excluded from computation of
14 time within which the trial of this matter must be commenced under
15 the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and
16 (B)(ii) and (iv) and Local Code T4 (allow defense counsel
17 reasonable time to prepare).
18   SO ORDERED.
19 Dated:  May 27, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE