DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JARED SUNG YOON HERDT




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-220 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| JARED SUNG YOON HERDT, | ) | |
| | ) | Date:  June 27, 2011 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: William B. Shubb |
| _____ | ) | |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JARED SUNG YOON HERDT, that the status conference now set for June 27, 2011, be vacated and the matter continued to July 11, 2011, to allow further time for defense preparation and consultation concerning terms of a global resolution of charges in multiple districts.

   **IT IS FURTHER STIPULATED** that the time from June 27, 2011, through July 11, 2011, be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Dated:   June 23, 2011          /S/ Michelle Rodriquez
                                MICHELLE RODRIGUEZ
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:   June 23, 2011          /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                JARED SUNG YOON HERDT


**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:   June 23, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-