```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JARED SUNG YOON HERDT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-220-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| JARED SUNG YOON HERDT, ) | |
| ) | Date:  August 22, 2011 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: William B. Shubb |
| _____ ) | |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, counsel for Plaintiff, and Supervising Assistant Federal Defender Dennis S. Waks, new counsel for defendant, JARED SUNG YOON HERDT, that the status conference now set for July 11, 2011, be vacated and the matter continued to August 22, 2011, to allow further time for defense preparation and consultation concerning terms of a global resolution of charges in multiple districts.

    **IT IS FURTHER STIPULATED** that the time from July 11, 2011, through August 22, 2011, be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Dated:   June 23, 2011          DANIEL J. BRODERICK
                                Federal Defender


                                 /s/ Dennis S. Waks
                                Dennis S. Waks
                                Supervising Assistant Federal Defender
                                Counsel for Defendant
                                JARED SUNG YOON HERDT


Dated:   July 7, 2011           BENJAMIN B. WAGNER
                                United States Attorney

                                 /s/ Dennis S. Waks for
                                MICHELLE RODRIGUEZ
                                Assistant United States Attorney
                                Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

          By the Court,


Dated:   July 7, 2011

                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE


Stipulation and Proposed Order    -2-